UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LUIS ANTONIO GONZALEZ,

      Defendant.
_____/

Case No. 1:05:CR:6

HON. GORDON J. QUIST

**<u>ORDER</u>**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed October 31, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Luis Antonio Gonzalez's plea of guilty to Count One of the Indictment is accepted. Defendant Luis Antonio Gonzalez is adjudicated guilty.

3. Defendant Luis Antonio Gonzalez shall be detained pending sentencing.


Dated: November 17, 2006                        /s/ Gordon J. Quist
                                                               GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE